**FILED**
CLERK, U.S. DISTRICT COURT
10/08/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____L.K._____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   LAUREN RESTREPO (Cal. Bar No. 319873)
4  Assistant United States Attorney
   Deputy Chief, Cyber & I.P. Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3825
7       Facsimile: (213) 894-2927
        Email:     lauren.restrepo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA, | CR 2:24-CR-00595-JWH |
    |---|---|
13  | Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF LAUREN RESTREPO |
14  | v. | |
15  | AHMED HOSSAM ELDIN ELBADAWY, et al., | **(UNDER SEAL)** |
16  | Defendants. | |

19       The government hereby applies <u>ex parte</u> for an order that the
20  indictment and any related documents in the above-titled case (except
21  the arrest warrants for the charged defendants(s)) be kept under seal
22  until one of the defendants is taken into custody on the charges
23  contained in the indictment and the government files a "Report
24  Commencing Criminal Action" in this matter.  The government further
25  requests authorization to publicly disclose the indictment at the
26  time the Department of Justice publicly discloses the details of the
27  FBI's investigation in this matter.

28

1    This ex parte application is made pursuant to Federal Rule of
2 Criminal Procedure 6(e)(4) and is based on the attached declaration
3 of Lauren Restrepo.
4 Dated: October 8, 2024          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  DAVID T. RYAN
                                  Assistant United States Attorney
                                  Chief, National Security Division

                                  /s/ L. Restrepo
                                  _____
                                  LAUREN RESTREPO
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**DECLARATION OF LAUREN RESTREPO**

I, Lauren Restrepo, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Ahmed Hossam Eldin Elbadawy, et al., the indictment in which is being presented to a federal grand jury in the Central District of California on October 8, 2024.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on October 8, 2024. The likelihood of apprehending one or more of the charged defendants might be jeopardized if the indictment in this case were made publicly available before the defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter. The government further requests authorization to publicly disclose the indictment at the time the Department of Justice publicly discloses the details of the FBI's investigation in this matter.

//
//

1

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 8, 2024.

_____
LAUREN RESTREPO