FILED
CLERK, U.S. DISTRICT COURT
11/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

## U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
## CRIMINAL DOCKET FOR CASE #: 7:24-mj-01293-RJ All Defendants
2:24-cr-00595-JWH-4

Case title: USA v. Evans

Other court case number: 2:24-CR-00595-JWH Central District of California

Date Filed: 11/19/2024

Date Terminated: 11/20/2024

Assigned to: Magistrate Judge Robert B. Jones, Jr

### Defendant (1)

**Joel Martin Evans**
*TERMINATED: 11/20/2024*
*also known as*
joeleoli
*TERMINATED: 11/20/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to commit wire fraud, 18 USC 1349; Conspiracy, 18 USC 371; Aggravated identity theft, 18 USC 1028A | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2024 | | Arrest (Rule 5) of Joel Martin Evans. (Grady, B.) (Entered: 11/19/2024) |
| 11/19/2024 | 1 | Rule 5(c)(3) Documents as to Joel Martin Evans - Indictment filed in the Central District of California, Criminal Case No. 2:24-CR-00595-JWH. (Attachments: # 1 Arrest Warrant) (Grady, B.) (Entered: 11/19/2024) |
| 11/19/2024 | | Set Hearing as to Joel Martin Evans: Initial Appearance - Rule 40 set for 11/20/2024 at 10:00 AM in Wilmington - Courtroom 3 before US Magistrate Judge Robert B. Jones, Jr. (Grady, B.) (Entered: 11/19/2024) |
| 11/20/2024 | | Case unsealed as to Joel Martin Evans. Per US Attorney's Office, Central District of California unsealed the case upon notice of Defendant's arrest. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 2 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr.: Initial Appearance in Rule 5 Proceedings as to Joel Martin Evans held on 11/20/2024 in Wilmington, Courtroom 3. Assistant US Attorney and Assistant Federal Public Defender present. Defendant requests court-appointed counsel. Court appoints Federal Public Defender. Defendant advised of rights, charges and maximum penalties. Defendant waives his right to an identity hearing. Court finds Defendant present in the courtroom is the person named in charging document. Court imposes an appearance bond and pretrial conditions, ordering Defendants release from US Marshal custody and directing he appear in the Central District of California as noticed. (Court Reporter FTR Gold) (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 3 | CJA 23 Financial Affidavit by Joel Martin Evans. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joel Martin Evans. Signed by US Magistrate Judge Robert B. Jones, Jr. on 11/20/2024. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 5 | ORDER regarding Due Process Protections Act as to Joel Martin Evans. Signed by US Magistrate Judge Robert B. Jones, Jr. on 11/20/2024. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 6 | Waiver of Rule 5(c)(3) Hearing by Joel Martin Evans. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 7 | Appearance Bond entered as to Joel Martin Evans - $50,000.00 unsecured. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 8 | ORDER Setting Conditions of Release as to Joel Martin Evans. Signed by US Magistrate Judge Robert B. Jones, Jr. on 11/20/2024. (Grady, B.) (Entered: 11/20/2024) |
| 11/20/2024 | 9 | ORDER Requiring Defendant to Appear in the District Where Charges are Pending as to Joel Martin Evans. Signed by US Magistrate Judge Robert B. Jones, Jr. on 11/20/2024. (Grady, B.) (Entered: 11/20/2024) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:24-mj-1293-RJ

FILED IN OPEN COURT
ON 11-20-2024 RC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| | ) | |
| JOEL MARTIN EVANS | ) | |

Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

SO ORDERED this the 20th day of November, 2024.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 11-20-2024 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

NO. 7:24-mj-1293-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | ORDER |
| ) | |
| JOEL MARTIN EVANS    ) | |

Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the court hereby confirms the government's disclosure obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. *See Brady*, 373 U.S. at 87 ("[T]he suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."). Failure by the government to comply with its disclosure obligation may result in the exclusion of evidence, adverse jury instructions, dismissal or reversal of charges, vacatur of sentence, contempt proceedings, or imposition of sanctions, among other consequences.

SO ORDERED, the 20th day of November, 2024.

_____
Robert B. Jones, Jr.
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 11-20-2024 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:24-mj-1293-RJ |
| Joel Martin Evans ) | |
| ) | Charging District's Case No. 2:24-CR-00595-JWH |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Central District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my [ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/20/2024

_____
Defendant's signature

_____
Signature of defendant's attorney

Jean Paul Jacquet-Freese
Printed name of defendant's attorney

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 7:24-mj-1293-RJ |
| Joel Martin Evans | ) |
| Defendant | ) |

FILED IN OPEN COURT
ON 11-20-2024
Peter A. Moore, Jr., Clerk BC
US District Court
Eastern District of NC

## APPEARANCE BOND

### Defendant's Agreement

I, __Joel Martin Evans__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )   to appear for court proceedings;
    ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

(✓) (2) This is an unsecured bond of $ __50,000__ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/20/2024

_____
*Defendant's signature*

_____        _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: 11/20/2024

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 11/20/2024

_____
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                Page 1 of 5 Pages

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 11-20-2024 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America
v.

Joel Martin Evans
*Defendant*

Case No. 7:24-mj-1293-RJ (EDNC)

2:24-CR-00595-JWH (CDCA)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Edward R. Roybal Federal Building and United States Courthouse
*Place*
255 East Temple Street Los Angeles, CA 90012-3332, Courtroom 690

on 12/3/2024 10:00 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                                                Page __2__ of __5__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                          Signed: _____ _____
                                                                                      *Custodian*                                  *Date*

( ☑ ) (7) The defendant must:
    ( ☑ ) (a) submit to supervision by and report for supervision to the __U.S. Probation Pretrial and Services Office, CDCA__,
              telephone number __213-894-3600__, no later than __December 3, 2024 at 10:00 a.m.__
    ( ☑ ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☑ ) (d) surrender any passport to: __United States Probation and Pretrial Services Office, CDCA, no later than 12/3/2024 at 10:00 a.m__
    ( ☑ ) (e) not obtain a passport or other international travel document.
    ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: __Travel is restricted to the CDCA and EDNC unless prior permission is granted by the United States Probation and Pretrial Services Office to travel to a specific location.__
    ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: __codefendants in CDCA docket number 2:24-CR-00595-JWH__

    ( ☐ ) (h) get medical or psychiatric treatment: _____

    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
          ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
    ( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

        i. Following the location restriction component (**check one**):

            ( ☒ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☒ ) as directed by the pretrial services office or supervising officer; or
            ( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
            ( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
            ( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                                             Page _3_ of _5_ Pages 

## ADDITIONAL CONDITIONS OF RELEASE

  (ii) submit to the following location monitoring technology (**check one**):

    (☑) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or
    (☐) (2) GPS; or
    (☐) (3) Radio Frequency; or
    (☐) (4) Voice Recognition; or
    (☐) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

  (iii) (☑) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

(☑) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (s) not use or possess any identification, mail matter, access device (including by not limited to, credit and debit cards), or any identification related material other than in your own legal or true name without permission from the Probation Office, UNLESS RELATED TO HIS EMPLOYMENT

☒ (t) SEE ATTACHED ADDITIONAL CONDITIONS.

☒ (u) DEFENDANT GRANTED PERMISSION FOR OVERNIGHT TRAVEL TO ATTEND ANY FUTURE HEARINGS THAT MAY BE SCHEDULED IN THIS MATTER.

AO 199C (Rev. in ED/NC on 6/11/14) Advice of Penalties                                                                 Page 4 of 5 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: November 20 2024

_____
*Judicial Officer's Signature*

Robert B Jones, Jr, USMJ
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PROBATION OFFICE   U.S. ATTORNEY   U.S. MARSHAL

- Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications, and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to the United States Probation and Pretrial Services Office upon commencement of supervision. You must disclose any new devices, accounts, applications, passwords, or passcodes to United States Probation and Pretrial Services Office prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data.
    - In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by the United States Probation and Pretrial Services Office, which may be in conjunction with law enforcement.
- All digital devices will be subject monitoring by the United States Probation and Pretrial Services Office. You must comply with the rules and regulations of the United States Probation and Pretrial Services Office's Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.
- Do not use or possess more than one virtual currency wallet/account, and that wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of the United States Probation and Pretrial Services Office. You must disclose all virtual currency wallets/accounts to the United States Probation and Pretrial Services Office when supervision starts and must make them available to the United States Probation and Pretrial Services Office upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from the United States Probation and Pretrial Services Office.
    - In order to determine compliance, you agree to submit to a search of your person or property, including computer hardware and software, which may be in conjunction with law enforcement.

7:24-MJ-1293-RJ (EDNC)
2:24-CR-595   (CD.CA)

UNITED STATES MAGISTRATE JUDGE

November 20 2024

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 11-20-2024 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:24-mj-1293-RJ |
| | ) | |
| Joel Martin Evans | ) | Charging District: Central District of California |
| *Defendant* | ) | Charging District's Case No. 2:24-CR-0095-JWH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | Courtroom No.: 690 |
|---|---|
| | Date and Time: 12/3/2024 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/20/2024

_____
Judge's signature

Robert B. Jones, Jr., United States Magistrate Judge
*Printed name and title*