```
E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3825
     Facsimile: (213) 894-2927
     Email:     lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
11/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AF_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-00595-JWH |
|---|---|
| Plaintiff, | [PROPOSED] AMENDED ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| AHMED HOSSAM ELDIN ELBADAWY, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until one of the defendants is taken into custody on the charges contained in the indictment.  The government is further authorized to publicly disclose the indictment

at the time the Department of Justice publicly discloses the details of the FBI's investigation in this matter.

November 21, 2024                            / S / Sagar
DATE                                        HONORABLE ALKA SAGAR
                                            UNITED STATES MAGISTRATE JUDGE