In the United States District Court

for the _____Central_____ District of _____California_____

FILED
CLERK, U.S. DISTRICT COURT

3/13/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

United States of America

v.

NOAH MICHAEL URBAN

}

Criminal No.    2:24-CR-595-JWH-2

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, _____NOAH MICHAEL URBAN_____, defendant, have been informed that a _____indictment_____ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead _____guilty_____ *(guilty, nolo contendre)* to the offense charged, to consent to the disposition of the case in the _____Middle_____ District of _____Florida_____ in which I _____am charged_____ *,am under arrest, am held)* and to waive trial in the above captioned District.

Dated: _____2/24/2025_____, _____ at _____10:00 AM_____

_____
*(Defendant)*

_____
*(Witness)*

_____Kathryn E Sheldon_____
*(Counsel for Defendant)*

Approved

_____Joe McNally_____
United States Attorney for the

_____Central_____ District of

_____California_____

_____Aara C A_____    3/11/25
United States Attorney for the

_____Middle_____ District of

_____Florida_____

FORM USA-153
SEP 82