1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>AHMED HOSSAM ELDINN ELBADAWY, *et al.*,<br><br>              Defendants. | Case No. 2:24-cr-00595-JWH-3<br><br>**ORDER FOR INTERLOCUTORY SALE OF DEFENDANT EVANS ONYEAKA OSIEBO'S CRYPTOCURRENCY** |

For good cause appearing, and pursuant to the parties' stipulation, it is hereby **ORDERED** that the following Seized Cryptocurrency shall be sold in accordance with the procedures set forth in the concurrently filed stipulation:

1.   33.73052666 Bitcoin seized from Defendant on October 2, 2023, and October 4, 2023, and currently held in Bitcoin address ending HHs5f6; and

2.   2.711247414270532635 Ethereum seized from Defendant on October 4, 2023, and April 22, 2024, and held in Ethereum address ending 46224f.

**IT IS SO ORDERED.**

Dated: May 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-