UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:24-cr-00595-JWH**     Date: **6/10/2025**

Present: The Honorable: **Autumn D. Spaeth, United States Magistrate Judge**

Interpreter                                         Language

| Kristee Hopkins | CS 06/10/2025 | Lauren Restrepo |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present **Released on Bond**      Attorneys for Defendants: ✓ Present **Retained**

3) Evans Onyeaka Osiebo                                Mark A. Byrne

**Proceedings: Arraignment of Defendant and/or**    Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant is arraigned and states true name is the name on the First Superseding Indictment.
* Defendant is given copy of the First Superseding Indictment
* Defendant acknowledges having read the First Superseding Indictment and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the Superseding Indictment A, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the First Superseding Indictment.
* All previously set dates shall remain. Hearing is set for 6/10/2025 at 3:00 PM before Judge John W. Holcomb. Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc: PSALA    PSAED    ✓ PSASA
    USMLA    USMED    USMSA          Initial Appearance/Appointment of Counsel: _____ : _____
    Statistics Clerk          Interpreter                       Arraignment: _____ : 02
    CJA Supervising Attorney  Fiscal                  Initials of Deputy Clerk: kh