1  DANIEL PERLMAN (Bar No. 236278)
   3500 W. Olive Ave. 3rd Floor
2  Burbank, CA 91505
   Telephone: (818) 383-6692
3  daniel@danielperlmanlaw.com
4
   Attorney for Defendant
5  JOEL EVANS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL EVANS,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00595-JWH-4<br><br>**STIPULATION TO MODIFY BOND CONDITIONS** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Lauren Restrepo, and defendant Joel Evans, by and through his attorney of record, Daniel Perlman, that:

　　　1.　　On July 18, 2025, Mr. Evans made his initial appearance in this matter. (ECF No. 18.) The Court set a number of conditions of release including per the direction of U.S. Probation that he be placed on location monitoring.  Mr. Evans has continued to perform admirably on pre-trial release such that after conferring, The United States, U.S. Probation and defense counsel agree and petition The Court to modify the conditions of bond to remove location monitoring.  Local supervision will continue to be monitored by U.S. Probation/Pretrial Services in the Eastern District of North Carolina where Mr. Evans resides.

　　　As such, the parties hereby stipulate that the Court should modify Mr. Evans current conditions by removing the need for Location Monitoring forthwith.

All other bond conditions shall remain the same.

Respectfully submitted,

Daniel R. Perlman
Counsel for Defendant

DATED: August 27, 2025          By  /s/ *Daniel Perlman*
                                    Daniel R. Perlman
                                    Counsel for Defendant


DATED: August 27, 2025          By  /s/
                                    Lauren Restrepo
                                    Assistant United States Attorney

2