UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER BUCHANAN,<br><br>Defendant. | Case No. 24-cr-00595-JWH-5<br><br>**[PROPOSED] ORDER** |
|---|---|

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that defendant's Sentencing Hearing be continued from August 21, 2026 to September 29, 2026 at 10 a.m.

Dated: June ___, 2026

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

1